996

No. 716, Misc. UNITED STATES EX REL. CHASE *v.* KEENAN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 717, Misc. VALENTINE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 719, Misc. HOLLMAN *v.* MANNING, WARDEN. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Daniel R. McLeod,* Attorney General of South Carolina, *William F. Austin,* Assistant Attorney General, and *Julian S. Wolfe* for respondent. 

No. 720, Misc. GATENS *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 722, Misc. BARANOWSKI *v.* CAVELL, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 726, Misc. TILLERY *v.* CAVELL, WARDEN. Court of Common Pleas of Allegheny County, Pennsylvania. Certiorari denied.

No. 728, Misc. STREIT *v.* BENNETT, WARDEN. District Court of Lee County, Iowa. Certiorari denied. Petitioner *pro se. Norman A. Erbe,* Attorney General of Iowa, for respondent.

No. 734, Misc. REYNOLDS *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.